**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jamie A. Frost, Esq.
Nevada Bar No. 11507
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jfrost@maclaw.com
   Attorneys for Interested Party the Las Vegas Metropolitan Police Department

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JEREMY HALGAT,<br><br>　　　　　　　Defendant. | Case No.:　2:13-cr-00239-JAD-PAL |

## LVMPD'S EX-PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST TO DISCONTINUE NOTICE OF PROCEEDINGS

Interested Party, the Las Vegas Metropolitan Police Department ("LVMPD"), by and through its attorney of record, Nick D. Crosby, Esq. and Jamie A. Frost, Esq., of the law firm of Marquis Aurbach Coffing, hereby requests removal from the CM/ECF Service List and Discontinuation of Notice of Proceedings in the above-captioned matter. LVMPD was only an

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

MAC:05166-687 2206999_1 4/8/2014 1:40 PM

interested party regarding a Motion to Quash. The matter has been heard and LVMPD has no other interest in this matter. Accordingly, the undersigned counsel requests to be removed from the CM/ECF Service list in this matter, United States District Court Case No.: 2:13-cr-00239-JAD-PAL.

Dated this <u>8th</u> day of April, 2014.

MARQUIS AURBACH COFFING

By: /s/ Jamie A. Frost
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jamie A. Frost, Esq.
Nevada Bar No. 11507
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Interested Party the Las Vegas Metropolitan Police Department

IT IS SO ORDERED this 15th day of April, 2014.

Peggy A. Leen
United States Magistrate Judge

MAC:05166-687 2206999_1 4/8/2014 1:43 PM