**DRUMMOND LAW FIRM**
Craig W. Drummond, Esq.
Nevada Bar No. 011109
228 South Fourth St., First Floor
Las Vegas, NV 89101
T: (702) 366-9966
F: (702) 508-9440
craig@drummondfirm.com
Attorney for Defendant McCall

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY McCALL,<br><br>Defendant. | Case No.: 2:13-cr-00239-JAD-PAL<br><br>**ORDER FOR THE ISSUANCE OF AN OUT OF STATE SUBPOEANA** |

Upon motion of the Defendant pursuant to Rules 17(b) of the Federal Rules of Criminal Procedure, and good cause appearing therefore:

IT IS HEREBY ORDERED that a Subpoena be issued to Task Force Officer Agostino Brancato be issued.

IT IS FURTHER ORDERED that Task Force Officer Agostino Brancato is to appear beginning at 9:00am on November 5th, 2014 through the, 6th, 7th and 13th before Judge Jennifer A. Dorsey and Judge Andrew P. Gordon for an Evidentiary Hearing in Courtroom 6D at the Federal Courthouse, Las Vegas, Nevada, until further excused.

IT IS FURTHER ORDERED that the United States Marshal's Service serve such subpoena on the listed person as soon as practicable.

//

Page 1

1   IT IS FURTHER ORDERED that the cost of process, fees and expenses of said witnesses
2 so subpoenaed shall be paid as if subpoenaed on behalf of the government, the Court being
3 satisfied that the Defendant is financially unable to pay the fees and expenses of said witnesses,
4 and the presence of said witnesses and evidence being necessary to the presentation of an effective
5 an adequate defense.
6 The subpoena is to be issued to:
7 Los Angeles County Sheriffs Department
**Attn: Task Force Officer Agostino Brancato**
8 4700 Ramona Blvd.
9 Monterey Park, CA 91754
(323) 267-4800

11   DATED this _27th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE